Argued and submitted March 26, reversed and remanded for reconsideration
May 2, 1990

In the Matter of the
Tax Deficiency Assessment of
Bible Temple.

EMPLOYMENT DIVISION,
DEPARTMENT OF HUMAN RESOURCES,
*Petitioner,*

*v.*

BIBLE TEMPLE,
*Respondent.*

(86-T-106; CA A46818)

790 P2d 561

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for petitioner. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Kelly Clark, Portland, argued the cause for respondent. With him on the brief were Bouneff, Chally & Marshall, Portland, Charles E. Craze and Gibbs & Craze, Burlingame, California, and Robin S. Hom, San Leandro, California.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Employment Div. v. Rogue Valley Youth for Christ,* 307 Or 490, 770 P2d 588 (1989); *see also Employment Div. v. Archdiocese of Portland,* 101 Or App 498, 790 P2d 561 (1990).